**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Gay Lynn Cuming** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CIVIL NO. :   1:18-cv-320** |
| | § | |
| | § | |
| **Liberty Life Assurance Company** | § | |
| **of Boston** | § | |
| | § | |
| | § | |
| *Defendant* | § | |

**ORIGINAL COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Gay Lynn Cuming, Plaintiff herein, complaining of Liberty Life Assurance Company of Boston, Defendant, and for cause of action would show:

1.    Plaintiff is a resident of Round Rock, Texas, which is in the Western District of Texas.

2.    Defendant, Liberty Life Assurance Company of Boston (hereinafter referred to as "Liberty Life") is an insurance corporation duly and legally formed under the laws of New Hampshire, which does business in the State of Texas, and may be served with citation herein by serving its registered agent, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Texas, 78701.

3.    Jurisdiction is appropriate in this court as the matter in controversy arises under federal statutes.   Plaintiff is entitled to recover under the civil enforcement provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), specifically including 29

U.S.C. § 1132 (a)(1)(B) and 29 U.S.C. § 1133.  Plaintiff would show that she is a participant in or beneficiary of an employee welfare benefit plan, which includes an insurance policy issued by Liberty Life.  Plaintiff brings this action to recover said benefits, to enforce her rights under the terms of the plan, to clarify her right to future benefits under the terms of the plan, and to obtain other appropriate equitable relief.

4.    Plaintiff was an employee of Wells Fargo & Company in September, 2014, when she became disabled.   Plaintiff has been found to be Totally Disabled by the Social Security Administration under its rules as of September 26, 2014.

5.    At the time she became disabled, Plaintiff was insured for long term disability benefits under a policy of insurance issued by Liberty Life to Wells Fargo & Company identified as policy number GF3-850-289424-01, and insuring Plaintiff.  Plaintiff properly submitted a claim to Liberty Life, identified as Disability Claim Number 5455984, which was initially approved, but denied on May 17, 2017.   Plaintiff then properly appealed to the designated fiduciary of the plan but Plaintiff's appeal was denied on February 13, 2018.

6.    Plaintiff has exhausted all administrative remedies available to her under the plan.  All conditions precedent to this cause of action have been met or have occurred.

7.    Plaintiff is entitled to recover under the civil enforcement provisions of ERISA and seeks the benefits she has been denied, clarification of her right to receive future benefits under the plan, attorney's fees and expenses incurred herein and other appropriate equitable relief.

WHEREFORE, Plaintiff prays that Defendant be cited to appear herein and answer and that on final hearing, she have judgment against Defendant for her damages, plus pre-judgment

2

and post-judgment legal interest, for costs of suit, for reasonable attorney's fees and expenses incurred and that Plaintiff have a clarification of her right to receive future benefits under the policy, to which he may show herself justly entitled under the attending facts and circumstances.

Respectfully submitted,

Bemis, Roach & Reed
4100 Duval Rd.,
Bldg. 1, Ste. 200
Austin, Texas  78759
(512) 454-4000
(512) 453-6335 (facsimile)
lonnie@brrlaw.com

By:    /s/ Lonnie Roach
LONNIE ROACH
Texas State Bar No. 16967600

3