**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Gay Lynn Cuming** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **vs.** | § | CIVIL NO.:  1:18-cv-00320-LY |
| | § | |
| | § | |
| **Liberty Life Assurance** | § | |
| **Company of Boston** | § | |
| | § | |
| | § | |
| *Defendant* | § | |

**JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

TO THE HONORABLE LEE YEAKEL, UNITED STATES DISTRICT JUDGE:

Pursuant to Western District Local Rule CV-88, Gay Lynn Cuming, Plaintiff, and Liberty Life Assurance Company of Boston, Defendant submit this Joint Alternative Dispute Resolution Report.

The parties have initiated settlement negotiations. The individuals responsible for settlement negotiations are Lonnie Roach for the Plaintiff and Iwana Rademaekers for Defendant.

The parties believe that alternative dispute resolution may be appropriate in this case, but only after they have tried, and failed to resolve the action with informal settlement negotiations conducted between counsel. Both Plaintiff and Defendant have

1

been advised of the ADR procedures available.   Should the parties believe ADR is appropriate, they prefer mediation and would select Jeff Jury of Burns Anderson Jury & Brenner, L.L.P. in Austin, Texas to serve as Mediator.    The parties will equally divide any mediation fee.

Should the parties elect to mediate this case, they will do so on or before the date 45 days prior to the date trial is set to begin and will report to the court the outcome of the mediation.

Respectfully submitted,

BEMIS, ROACH & REED
4100 Duval Road, Bldg. I, Suite 200
Austin, Texas  78759
lonnie@brrlaw.com
(512) 454-4000
(512) 453-6335 (fax)

By:    /s/ *Lonnie Roach*
LONNIE ROACH
Texas State Bar No. 16967600
*For Plaintiff*

And

2

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas  75254
iwana@rademaekerslaw.com
(214) 579-9319
(469) 444-6456 (fax)


By:    /s/ *Iwana Rademaekers* (with perm.)
       Iwana Rademaekers
       Texas State Bar No. 16452560
       *For Defendant*

3