UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Gay Lynn Cuming** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **vs.** | § | **CIVIL NO.:  1:18-cv-00320-LY** |
| | § | |
| | § | |
| **Liberty Life Assurance** | § | |
| **Company of Boston** | § | |
| | § | |
| *Defendant* | § | |

## ORDER ON STANDARD OF REVIEW

On this day, the Court considered Plaintiff's Motion to Determine the Appropriate Standard of Review, and Defendant's Response thereto. After considering the evidence and arguments of the Parties, the Court finds no lawful delegation of discretionary authority by the Plan Administrator. Accordingly, the Court therefore finds and hereby **ORDERS** that Defendant's denial of benefits to Plaintiff will be reviewed *de novo*.

SIGNED this _____ day of _____, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE