**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **GAY LYNN CUMING,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 1:18cv00320** |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

## ORDER

CONSIDERING the Motion to Determine the Appropriate Standard of Review filed by Plaintiff Gay Lynn Cuming, and any responses thereto, the Court finds that the proper standard of review for Liberty Life Assurance Company of Boston's decision on Plaintiff's claim is the abuse of discretion standard.  It is therefore,

IT IS ORDERED that the abuse of discretion standard will be used by the Court in its review of Liberty Life Assurance Company of Boston's decision on Plaintiff's claim in this action.

This ___ day of _____, 2018.

_____
JUDGE