IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2018 OCT 26 PM 12: 25

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| GAY LYNN CUMING, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-18-CV-00320-LY |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| DEFENDANT. | § | |
| | § | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Determine the Appropriate Standard of Review filed October 12, 2018 (Clerk's Document No. 9), Defendant's Response to Plaintiff's Motion to Determine the Appropriate Standard of Review filed October 19, 2018 (Clerk's Document No. 10), and Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to Determine the Appropriate Standard of Review filed October 25, 2018 (Clerk's Document No. 13), are **REFERRED** to United States Magistrate Judge Andrew Austin for report and recommendation. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72; Loc. R. W. D. Tex. Appx. C, Rule 1(d).

SIGNED this _____25th_____ day of October, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE