UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Gay Lynn Cuming | § | |
| | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL NO.:  1:18-cv-00320-LY |
| | § | |
| | § | |
| Liberty Life Assurance | § | |
| Company of Boston | § | |
| | § | |
| *Defendant* | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE LEE YEAKEL, UNITED STATES DISTRICT JUDGE:

Gay Lynn Cuming, Plaintiff, and Liberty Life Assurance Company of Boston, Defendant, jointly notify the Court that this case has settled.  The parties ask that they be excused from all pending deadlines so that they may complete the settlement.

The parties will file an agreed motion to dismiss on or before February 15, 2019.

Respectfully submitted,

BEMIS, ROACH & REED
4100 Duval Road, Bldg. I, Suite 200
Austin, Texas  78759
(512) 454-4000
(512) 453-6335 (fax)
lonnie@brrlaw.com

1

By:   */s/ Lonnie Roach*
State Bar No. 16967600
*For Plaintiff*

and

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
(214) 579-9319
(469) 444-6456
iwana@rademaekerslaw.com

By:   */s/ Iwana Rademaekers* (w. /perm.)
State Bar No. 16452560
*For Defendant*

2