IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2019 JAN 15 PM 4: 36

| | | |
|---|---|---|
| GAY LYNN CUMING, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-18-CV-00320-LY |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| DEFENDANT. | § | |

## ORDER

Before the court in the above styled and numbered action is the parties' Joint Notice of Settlement filed January 11, 2019 (Clerk's Document No. 15). The parties inform the court that they have settled their disputes in this action and intend to file dismissal papers on or before February 15, 2019. Having considered the notice, the case file, and the applicable law,

**IT IS ORDERED** that the parties file a motion to dismiss or stipulation of dismissal **on or before February 15, 2019.**

SIGNED this _____ day of January, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE