**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **GAY LYNN CUMING,** §<br>    **Plaintiff,** §<br> §<br>**v.** §<br> § **CIVIL ACTION NO. 1:18cv00320**<br>**LIBERTY LIFE ASSURANCE** §<br>**COMPANY OF BOSTON,** §<br>    **Defendant.** § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Gay Lynn Cuming and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted,

**BEMIS, ROACH & REED, LLP**
4100 Duval Road, Building One, Suite 200
Austin, Texas 78759
PH:  (512) 454-4000
FX:  (210) 453-6335


BY:   /s/ Lonnie Roach (by permission)
    **LONNIE ROACH**
    Texas Bar No. 16967600
    Email:  lonnie@brrlaw.com


- AND -

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456


**BY:**  /s/ Iwana Rademaekers
      **IWANA RADEMAEKERS**
      State Bar of Texas No. 16452560
      Email:  iwana@rademaekerslaw.com

**ATTORNEY FOR DEFENDANT**