IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 FEB 14 AM 11: 13
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| GAYE LYNN CUMING., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-18-CV-00320-LY |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| DEFENDANT. | § | |
| | § | |

## FINAL JUDGMENT

Before the court in the above styled and numbered cause is the parties' Joint Stipulation of Dismissal with Prejudice filed February 13, 2019 (Clerk's Document No. 17). In accordance with the parties' stipulation,

**IT IS ORDERED** that Plaintiff Gay Lynn Cuming's claims alleged against Defendant Liberty Life Assurance Company of Boston are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear its own attorney's fees and costs.

As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

SIGNED this _____ day of February, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE